Case 4:24-cv-03471 Document 45 Filed on 12/10/24 in TXSD Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATOSHA DIGGLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-3471 |
| | § | |
| LINDSAY LAW FIRM PLLC, TEXAS | § | |
| FARMERS INSURANCE COMPANY, | § | |
| NINTH COURT OF APPEALS, | § | |
| JEFFERSON COUNTY DISTRICT | § | |
| CLERK'S OFFICE, BAYLOR WORTHAM, | § | |
| TERRI DAIGLE, MITCH TEMPLETON, | § | |
| RANDY SHELTON, HOLLY G. GIFFIN, | § | |
| CARLY LATIOLAIS, JACQUELINE R. | § | |
| HABERSHAM, JOE SYNORADZKI, | § | |
| JACK MORMAN, CHAD MICHAEL LONG, | § | |
| DICK LAW FIRM, PLLC, ROBERT H. | § | |
| TRAPP, LAUREN REEDER, JONATHAN | § | |
| VICTORY, TANYA VARGAS and | § | |
| SHANNON NORTH, | § | |
| | § | |
| | § | |
| Defendants. | § | |

MEMORANDUM AND ORDER

Pending is Plaintiff's request for renewed service and issuance of certificate on Dick Law Firm, PLLC, Joe Synoradzki, and Jack Morman (Document No. 35).

Because Plaintiff is proceeding *in forma paperis*, the Court ordered the United States Marshals Service to effect service on Defendants pursuant to Fed. R. Civ. P. 4(c)(3). The U.S. Marshal attempted in-person service on Defendant Dick Law Firm on three separate occasions. Document No. 17. Each time the receptionist

stated that Eric B. Dick--the authorized agent for Dick Law Firm, PLLC--was not present. Id. The U.S. Marshal also left his business card, emailed, and called Eric B. Dick, but received no reply. Id.

Defendant Dick Law Firm, PLLC appears deliberately to be evading service of process. It is not the first time that Eric Dick has engaged in such misconduct. In the first of Plaintiff's six federal cases arising out of the same subject he also evaded service. Judge George C. Hanks, Jr. found "such behavior from a member of the Bar of the Southern District of Texas unacceptable." Order Authorizing Substituted Service, Diggles v. Surratt, No.4:23-cv-00078 (S.D. Tex. Aug. 29, 2024), ECF No. 81. It is indeed unacceptable conduct and its recurrence after Judge Hanks's Order suggests that Eric Dick and Dick Law Firm may fail to meet the standards required for admission to practice in this Court. **The Clerk shall place this Order in the Court Admission files of Eric Dick for review by the Attorney Admissions Committee if and when he applies for readmission.**

The U.S. Marshal was also unable to execute service on Defendant attorneys Joe Synoradzki and Jack Morman, whom Plaintiff contends are employees of Dick Law Firm and can be served at that same address. Document Nos. 18, 19, and 5 at 35-36. The receptionist at Dick Law Firm denied knowing either attorney and

claimed that they "did not work at Dick Law Firm." Document Nos. 18,19.

Defendant Joe Synoradzki is an attorney admitted to practice in the Southern District of Texas and, according to the Clerk of Court, he represents his physical address at Dick Law Firm--3701 Brookwoods Drive, Houston, TX 77092--but his email address as synorad@gmail.com.

Defendant Jack Morman is also an attorney admitted to practice in the Southern District of Texas. According to the Clerk of Court he represents his physical address at 1219 S. Country Club Drive, Shoreacres, TX 77571, and his email address as jackmormanlaw@gmail.com. The *pro se* Plaintiff Diggles alleges that Synoradzki and Morman are attorneys with the Dick Law Firm, which may have been accurate when the events occurred about which Plaintiff complains, but possibly may no longer be so.

Rather than to waste further judicial and taxpayer resources trying to sort this out, and given the obstinance of Eric Dick and the Dick Law Firm, it is in the interest of efficiency and justice to allow substituted service on these lawyers who are admitted to practice in this Court in the same manner that the Dick Law Firm, PLLC, will be served. Accordingly, it is

ORDERED that Plaintiff Latosha Diggles's Request for Renewed Service on Dick Law Firm, PLLC, Joe Synoradzki, and Jack Morman (Document No. 35) is GRANTED, as follows:

The United States Marshal Service shall make alternative service of process by sending a copy of the summons and Complaint by email to the following named Defendants at the email addresses shown respectively for each such Defendant:

    Defendant Dick Law Firm, PLLC
    Service by email to eric@dicklawfirm.com

    Defendant Joseph Synoradzki
    Service by email to synorad@gmail.com

    Defendant Jack Morman
    Service by email to jackmormanlaw@gmail.com

It is so ORDERED.

The Clerk will enter this Order and provide a correct copy to Plaintiff and all counsel of record.

SIGNED at Houston, Texas, on this 10TH day of December, 2024.

                                        EWING WERLEIN, JR.
                                 UNITED STATES DISTRICT JUDGE