# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

August 4, 2025

Eric B. Dick
Dick Law Firm PLLC
3701 Brookwoods
Houston, TX 77092

Attorney Admissions Record: 4:00–mc–30178
Dear Counsel:

    The term of your admission to practice before the United States District Court for the Southern District of Texas will expire one month from the date of this notice.

    Attorney membership renewals should be completed electronically through District CM/ECF. Instructions on how to renew your membership electronically, including electronic payment of the renewal fee can be found on the court's website at
        www.txs.uscourts.gov/page/AdmissionsMembershipRenewal.

    If you received this notice electronically, you are a registered Filing User of the Court's Electronic Filing System (ECF). The Southern District of Texas is a NextGen court. Your login and password are your PACER credentials.

    If you received this notice by mail, you are not a registered Filing User of the Court's Electronic Filing System (ECF). Under the Courts Administrative Procedures for our Electronic Filing System (ECF), attorneys admitted to the bar of this Court are required to link your existing PACER account or register for one through PACER. Information on how to become a Filing User can be found on the court's website at
        www.txs.uscourts.gov/content/cmecf-nextgen.

    **Once you have registered, then you may complete your renewal electronically following the instructions referenced in the second paragraph.**

        Sincerely,

        Nathan Ochsner, Clerk of Court

        By: Heather McCalip, Deputy Clerk